# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2741

_____

S.S.J.,

Petitioner,

v.

DEPARTMENT OF HEALTH, BOARD
OF NURSING,

Respondent.

_____

Petition for Review—Original Jurisdiction.


February 3, 2025


PER CURIAM.

DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John C. Cardello of Chapman Law Group, Troy, Michigan, for Petitioner.

Attorney General, Tallahassee, for Respondent.